# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| JEROME WRIGHT, SR. & HEIRS, | : | No. 77 EM 2016 |
| Petitioner | : | |
| v. | : | |
| EQUITY INDEXED MANAGED FUND, LLC, | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of July, 2016, the "Notice of Removal to the King's Bench" is **DENIED**.